SHIRLEY ZIMMERMAN, Appellant, *v.* LESTER ZIMMERMAN, Respondent.

Submitted November 20, 1952; decided January 15, 1953.

*Jesse Moss* for appellant.

*Melvin Kleeblatt* and *Stephen K. Rapp* for respondent appearing specially.

Order affirmed, without costs. First question certified answered in the affirmative. Second question certified not answered. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.